BELLA C. VASSILEADES et al., Respondents, v. STEEPLECHASE COMPANY, Appellant.

Reported below, 108 App. Div. 356.
(Submitted January 8, 1906; decided January 16, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 23, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the Appellate Division unanimously decided that the verdict was supported by the evidence, and that the exceptions were frivolous.

*Robert B. Knowles* for motion.

*Henry E. Heistad* opposed.

Motion denied, with ten dollars costs.

————

THOMAS TINDLE et al., Respondents, v. CLARENCE T. BIRKETT, Appellant.

(Submitted January 8, 1906; decided January 16, 1906.)

MOTION to amend remittitur.    (See 183 N. Y. 267.)

Motion granted and remittitur amended by inserting therein the following words: "This judgment is rendered solely upon the ground that the discharge in bankruptcy granted by the United States District Court for the Northern District of New York, on the 12th day of December, 1899, pursuant to an Act of Congress, entitled 'An act to establish a uniform system of bankruptcy throughout the United States, approved July 1, 1898,' is a bar to the prosecution of an action to recover upon any of the causes of action alleged in the complaint, the decision of the trial court having been examined and having been found to be correct in all other respects."